# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DARRELL LYNN COWAN, | ) | CASE NO. 3:17-cv-1128 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| RHONDA RICHARD, Warden, | ) | |
| | ) | |
| RESPONDENT. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, the petition for writ of habeas corpus is **DENIED**. The Court certifies that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b). This case is closed.

**IT IS SO ORDERED**.

Dated: May 16, 2019

                                                          **HONORABLE SARA LIOI**
                                                          **UNITED STATES DISTRICT JUDGE**